# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

JAMES ZOROMSKI,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-463-jcs

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff James Zoromski's appeal is dismissed.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____3/4/08_____
Date